UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

THE NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, ROMOLO COLANTONE, EFRAIN
ALVAREZ, and JOSE ANTHONY IRIZARRY,

                                     Plaintiffs,

               -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT LICENSE DIVISION,

                                     Defendants.

------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

13 CV 2115 (RWS)
ECF Case

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel, Michelle Goldberg-Cahn, appears as counsel for the defendants, the City of New York and the New York City Police Department License Division, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       April 18, 2013

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of
                                               the City of New York
                                            Attorney for Defendants
                                            100 Church St., 5th Floor
                                            New York, New York  10007
                                            Email: migoldbe@law.nyc.gov
                                            Tel: (212) 356-2199
                                            Fax: (212) 356-2019

                             By: _____
                                    Michelle Goldberg-Cahn (MG 4490)
                                    Assistant Corporation Counsel

cc (via ECF): Counsel for Plaintiffs