UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
CASE NUMBER 13 CV 2115

THE NYS RIFLE & PISTOL ASSOC., ROMOLO COLANTONE, EFRAIN ALVAREZ, TONY IRIZARRY

vs.

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE, DEPARTMENT LICENSE DIVISION

PROOF OF SERVICE

| DATE SERVED: | PLACE: 1 POLICE PLAZA, ROOM 110, NEW YORK, NY 10031 |
|---|---|
| April 3, 2013 | |

| served on: | Manner of service: Personal Service |
|---|---|
| N.Y. CITY POLICE DEPARTMENT LICENSED DIVISION | Name: P.A.A. D. PERRY - CLERK Female, white skin, red hair, 5'4" – 5'8", 131-160 lbs; 36-50 yrs old. |

| Served by: Guy Corcoran | Title: Process Server |
|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on April 4, 2013

signature of server

175 Main Street, White Plains, New York

Sworn to me on this 5 day of April, 2013

Notary Public

PAULA JO DESJARDINS
Notary Public, State of New York
No. 01DE6085010
Qualified in Westchester County
My Commission Expires December 16, 20___

G - 421325 

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| THE NYS RIFLE & PISTOL ASSOC., ROMOLO COLANTONE, EFRAIN ALVAREZ, TONY IRIZARRY<br>*Plaintiff*<br>v.<br>THE CITY OF NEW YORK, THE NEW YORK CITY POLICE, DEPARTMENT LICENSE DIVISION<br>*Defendant* | Civil Action No.<br>**13 CV 2115**<br>**JUDGE SWEET** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE NEW YORK CITY POLICE
DEPARTMENT LICENSE DIVISION
ONE POLICE PLAZA, ROOM 110
NEW YORK, NEW YORK 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BRIAN T. STAPLETON, ESQ.
GOLDBERG SEGALLA LLP
11 MARTINE AVENUE, SUITE 750
WHITE PLAINS, NEW YORK 10606-1934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR 29 2013

*Signature of Clerk or Deputy Clerk*

-3 APR 2013  11 15
CITY OF NEW YORK
POLICE DEPARTMENT