# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
## CASE NUMBER  13 CV 2115

### THE NYS RIFLE & PISTOL ASSOC., ROMOLO COLANTONE, EFRAIN ALVAREZ, TONY IRIZARRY
#### vs.
### THE CITY OF NEW YORK, THE NEW YORK CITY POLICE, DEPARTMENT LICENSE DIVISION

## PROOF OF SERVICE

DATE SERVED:                          PLACE:  100 CHURCH STREET, NEW YORK
                                               NY 10007 @ 10:09 a.m.

April 3, 2013

---

| served on: | Manner of service: Personal Service |
|---|---|
| CITY OF NEW YORK | Name:  DMITRIY ARONOV |
| LAW DEPARTMENT | male, white skin, brown hair, glasses, 5'4" – 5'8", 161-200 lbs; 36-50 yrs old. |

---

| Served by: Guy Corcoran | Title: Process Server |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on April 4, 2013

_____
signature of server

**175  Main Street, White Plains, New York**

---

Sworn to me on this _5_ day of _April_ , 201**3**

_____
Notary Public

PAULA JO DESJARDINS
Notary Public, State of New York
No. 01DE6085010
Qualified in Westchester County
My Commission Expires December 16, 20____

G 421328



# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

THE NYS RIFLE & PISTOL ASSOC., ROMOLO
COLANTONE, EFRAIN ALVAREZ, TONY IRIZARRY )
  )
*Plaintiff* )
  )
v. )
  )
THE CITY OF NEW YORK, THE NEW YORK CITY )
POLICE, DEPARTMENT LICENSE DIVISION )
  )
*Defendant* )

Civil Action No.

# 13 CV 2115

## SUMMONS IN A CIVIL ACTION

# JUDGE SWEET

To: *(Defendant's name and address)* THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  BRIAN T. STAPLETON, ESQ.
GOLDBERG SEGALLA LLP
11 MARTINE AVENUE, SUITE 750
WHITE PLAINS, NEW YORK 10606-1934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: **MAR 2 9 2013**

_____
*Signature of Clerk or Deputy Clerk*

2013 APR -3 AM 10: 09

CITY OF N.Y. LAW DEPT.
OFFICE OF COR. COUNSEL