## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

NEW YORK STATE RIFLE AND PISTOL )
ASSOCIATION, INC., et al., )
 )
     Plaintiffs, ) Case No.: 1:13-cv-2115-RWS
 )
 v. )
 ) **NOTICE OF MOTION**
THE CITY OF NEW YORK, et al., )
 )
     Defendants. )
_____)

**Motion by**:    All Plaintiffs

**Relief Demanded**:  A Preliminary Injunction enjoining the enforcement
of 38 RCNY § 5-23 by the New York City Police Department
in any manner that prohibits or precludes the plaintiffs from traveling
beyond either the borders of New York City or New York State with a
licensed handgun to attend a shooting range or competition.

**Supporting Papers**:  Memorandum of Law by Brian Stapleton and Matthew Lerner
Affidavit of Romolo Colantone
Affidavit of Efrain Alvarez
Affidavit of Jose Irizarry

**Grounds for Relief:**  U.S. Const., amend. II
U.S. Const., art. I, § 8, cl. 3
U.S. Const., art. IV, § 2
Fed.R.Civ.P. 65

**Return Date of Motion:** Absent an Order by the Court, and pursuant to S.D.N.Y. L.R.Civ.P.
6.1(b), opposing papers (if any) shall be filed within 14 days of the
filing of this motion. Reply papers (if any) are to be filed within seven
days of after service of opposing papers. NOTE: to the extent
required, the movants herein intend to file and serve reply papers.

**Date, Time, and Place**
**of Hearing On Motion:** U.S. District Court for the Southern District of New York
500 Pearl Street, New York, NY 10007-1312
Courtroom of the Hon. Robert W. Sweet
Date and time of hearing (if any) to be determined by the Court

Dated: May 7, 2013                                   Respectfully Submitted,

                                                     GOLDBERG SEGALLA, LLP

                                        By:  /s/   Brian T. Stapleton
                                             Brian T. Stapleton, Esq. (BS 5640)
                                             11 Martine Avenue, 7th Floor
                                             White Plains, New York 10606-1934
                                             (914) 798-5400
                                             bstapleton@goldbergsegalla.com

                                             *Counsel For Plaintiffs*

## **CERTIFICATION**

I hereby certify that on May 7, 2013, a copy of the foregoing MOTION FOR PRELIMINARY INJUNCTION was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to the parties described below by operation of the Court's electronic filing system  or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
By Michelle Goldberg-Cahn, Esq. (MG 4490)
***Attorney for Defendants***
100 Church St., 5th Floor
New York, New York 10007
migoldbe@law.nyc.gov


By:    /s/    Brian T. Stapleton
Brian T. Stapleton, Esq. (BS 5640)