```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

NEW YORK STATE RIFLE AND PISTOL
ASSOCIATION, INC., et al.,

                    Plaintiffs,
                                              13 Civ. 2115 (RWS)
     - against -
                                              O R D E R
THE CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5-10-13

**Keenan, D.J.**

Plaintiffs' motion for a preliminary injunction will be heard at noon on Wednesday, June 5, 2013, in courtroom 18C. All motion papers shall be served in accordance with Local Rule 6.1.

It is so ordered.

**New York, NY**
**May 9, 2013**

                                    _____
                                    JOHN F. KEENAN
                                    U.S.D.J.
                                    Part I