UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

NEW YORK STATE RIFLE AND PISTOL
ASSOCIATION, INC., et al.,

                Plaintiffs,

  - against -

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------X

13 Civ. 2115 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/13

**Sweet, D.J.**

On the assumption that no factual dispute exists between the parties, Plaintiffs' motion for a preliminary injunction will be heard on submission on a date to be determined by counsel. In the event that either party believes that a hearing is necessitated due to the existence of a factual dispute exists, that party should notify the Court.

In addition, Defendants' request that their time to answer the amended complaint be stayed until such time that the Court has issued a determination on Plaintiffs' motion for a preliminary injunction is granted.

This scheduling order supersedes the previous scheduling order with respect to the argument, but otherwise leaves in place the briefing schedule previously set forth.

It is so ordered.

**New York, NY**
**May 22, 2013**

ROBERT W. SWEET
U.S.D.J.