UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

THE NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, ROMOLO COLANTONE, EFRAIN
ALVAREZ, and JOSE ANTHONY IRIZARRY,

                          Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT LICENSE DIVISION,

                          Defendants.

------------------------------------------------------------- X

**PROPOSED AMENDED SCHEDULING ORDER**

13 CV 2115 (RWS)
ECF Case

On the assumption that no factual dispute exists between the parties, Plaintiffs' motion for a preliminary injunction will be heard on submission on a date to be determined by counsel. In the event that either party believes that a hearing is necessitated due to the existence of a factual dispute, the party should notify the Court.

In addition, as the parties have reached an agreed upon schedule for the briefing of Plaintiffs' motion for a preliminary injunction filed on dated May 7, 2013 and submitted said request to the Court in a letter dated May 14, 2013, the briefing schedule shall be as follows:

(1) Defendants' time to oppose or otherwise respond to plaintiffs' motion for a preliminary injunction is extended to June 11, 2013; and

(2) Plaintiffs time to submit reply papers in further support of their motion for a preliminary injunction is extended to June 21, 2013;

In addition, Defendants' request that their time or otherwise respond to the Amended Complaint, dated May 3, 2013, is hereby stayed until such a time as the Court has issued a determination on Plaintiffs' motion for a preliminary injunction.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/13

This scheduling order supersedes the previous scheduling orders, dated May 9, 2013 and May 23, 2013.

It is so ordered.

Dated: New York, New York
    May 28, 2013

SO ORDERED:

Robert W. Sweet, U.S.D.J.

5-28-13