IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NEW YORK STATE RIFLE AND PISTOL )
ASSOCIATION, INC., et al., )
 )
                      Plaintiffs, )     Case No.: 1:13-cv-2115-RWS
 )
    v. )     **UNOPPOSED MOTION FOR**
 )     **EXTENSION OF TIME TO FILE**
 )     **REPLY TO DEFENDANT'S**
 )     **OPPOSITION PAPERS**
THE CITY OF NEW YORK, et al., )
 )
                      Defendants. )
_____)

      The undersigned on behalf of the plaintiffs, NEW YORK STATE RIFLE and PISTOL ASSOCIATION, INC., et al., hereby moves this court for an extension of time, up to and including July 2, 2013, within which to respond to the defendant's opposition papers to plaintiff's Motion for Preliminary Injunction, dated May 7, 2013. The undersigned has consulted with counsel for the defendants regarding this request, and opposing counsel has agreed to its being granted. This unopposed motion is made necessary due to the press of business and the inability to meet the current deadline despite diligent efforts to do so.

Dated: June 24, 2013                              Respectfully Submitted,

                                                   GOLDBERG SEGALLA, LLP

                                                 By: /s/ Brian T. Stapleton
                                                    Brian T. Stapleton, Esq. (BS 5640)
                                                    11 Martine Avenue, 7th Floor
                                                    White Plains, New York 10606-1934
                                                    (914) 798-5400
                                                    bstapleton@goldbergsegalla.com

                                                    *Counsel For Plaintiffs*

# CERTIFICATION

I hereby certify that on June 24, 2013, a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION PAPERS was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to the parties described below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> MICHAEL A. CARDOZO
> Corporation Counsel of the City of New York
> By Michelle Goldberg-Cahn, Esq. (MG 4490)
> ***Attorney for Defendants***
> 100 Church St., 5th Floor
> New York, New York 10007
> migoldbe@law.nyc.gov

By:    /s/   Brian T. Stapleton
      Brian T. Stapleton, Esq. (BS 5640)