IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No.: 1:13-cv-2115-RWS |
| v. | ) **UNOPPOSED MOTION FOR**<br>) **EXTENSION OF TIME TO FILE**<br>) **REPLY TO DEFENDANT'S**<br>) **OPPOSITION PAPERS** |
| THE CITY OF NEW YORK, et al., | ) |
| Defendants. | ) |

The undersigned on behalf of the plaintiffs, NEW YORK STATE RIFLE and PISTOL ASSOCIATION, INC., et al., hereby moves this court for an extension of time, up to and including June 25, 2013, within which to respond to the defendant's opposition papers to plaintiff's Motion for Preliminary Injunction, dated May 7, 2013. The undersigned has consulted with counsel for the defendants regarding this request, and opposing counsel has agreed to its being granted. This unopposed motion is made necessary due to the press of business and the inability to meet the current deadline despite diligent efforts to do so.

Dated: June 19, 2013

Respectfully Submitted,

GOLDBERG SEGALLA, LLP

By: /s/ Brian T. Stapleton
Brian T. Stapleton, Esq. (BS 5640)
11 Martine Avenue, 7th Floor
White Plains, New York 10606-1934
(914) 798-5400
bstapleton@goldbergsegalla.com

*Counsel For Plaintiffs*

So ordered
Sweet/USDJ
6-26-13

GOLDBERG SEGALLA, LLP
11 Martine Ave., 7th Floor
White Plains, NY 10607
(914) 798-5400

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/13

## CERTIFICATION

I hereby certify that on June 19, 2013, a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION PAPERS was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to the parties described below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
By Michelle Goldberg-Cahn, Esq. (MG 4490)
*Attorney for Defendants*
100 Church St., 5th Floor
New York, New York 10007
migoldbe@law.nyc.gov

By: ___/s/   Brian T. Stapleton___
Brian T. Stapleton, Esq. (BS 5640)