```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

THE NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, INC., ROMOLO COLANTONE,
EFRAIN ALVAREZ, and JOSE ANTHONY
IRIZARRY,

                    Plaintiffs,
                                                13 Civ. 2115 (RWS)
        - against -
                                                O R D E R

THE CITY OF NEW YORK and THE NEW YORK
CITY POLICE DEPARTMENT - LICENSE DIVISION

                    Defendants.
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-13

**Sweet, D.J.**

In view of Osterweil v. Bartlett, No. 167, 2013 WL 5610272 (N.Y. Oct. 15, 2013), the stay in this action is hereby vacated.

It is so ordered.

**New York, NY**
**October 28, 2013**

ROBERT W. SWEET
U.S.D.J.