UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

THE NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, INC., ROMOLO COLANTONE,
EFRAIN ALVAREZ, and JOSE ANTHONY
IRIZARRY,

        Plaintiffs,

  - against -

THE CITY OF NEW YORK and THE NEW YORK
CITY POLICE DEPARTMENT - LICENSE DIVISION

        Defendants.

------------------------------------X

13 Civ. 2115 (RWS)

O R D E R

**Sweet, D.J.**

The stay having been vacated via order on October 28, 2013 (ECF No. 23), and no further action been taken by the parties, the motion for preliminary junction is marked withdrawn without prejudice for renewal.

It is so ordered.

**New York, NY**
**February / 2 , 2014**

                              ROBERT W. SWEET
                              U.S.D.J.