

Brian T. Stapleton | Partner
Direct 914.798.5470 | bstapleton@goldbergsegalla.com

February 24, 2014

**By ECF Filing and Also By Fax To:** (212) 805-7925

The Hon. Robert W. Sweet
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    In Re: <u>The NYSRPA v The City of New York</u>
           Case No.:    1:13-cv-2115
           GS File No.:  11350.0009

Your Honor:

    Please be advised that this office represents all plaintiffs in the above-referenced action.

    As you are aware the plaintiffs in this action have moved for a preliminary injunction. This motion was previously stayed to that the matter of <u>Osterweil v Bartlett</u>, 2013 WL 5610272, could be decided by the New York Court of Appeals. (ECF Doc. #22). On October 18, 2013, the stay was lifted by the Court. (ECF Doc. #23).

    On February 6, 2014 the Court directed that all parties appear before the Court on March 19, 2014 for a Pre-Trial Conference. (ECF Doc. #25). This office was prepared to appear for the Pre-Trial Conference on March 19, 2014. However, on February 18, 2014 the Court issued an Order *sua sponte* directing that the plaintiff's motion be marked withdrawn without prejudice for renewal. (ECF Doc. # 26).

    As per the most recent Order, Plaintiffs are hereby respectfully requesting that their motion for preliminary injunction be renewed, that the matter be restored to the Court's Calendar, and that the Pre-Trial Conference previously scheduled for March 19, 2014 go ahead as scheduled. Thank you very much for your consideration of this request.

    Respectfully Submitted,

    GOLBERG SEGALLA, LLP

    *Brian T. Stapleton*

    Brian T. Stapleton, Esq.

BTS/ma

Cc:
City of New York Office of Corp. Counsel
Ms. Michelle Goldberg-Cahn, Esq.
By e-mail to migoldbe@law.nyc.gov