UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

THE NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, ROMOLO COLANTONE, EFRAIN
ALVAREZ, and JOSE ANTHONY IRIZARRY,

                                            Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT LICENSE DIVISION,

                                            Defendants.

------------------------------------------------------------------ X

**DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

13 CV 2115 (RWS)
ECF Case

        **PLEASE TAKE NOTICE** that, that upon the Declarations of Andrew Lunetta dated May 29, 2014 and Michelle Goldberg-Cahn dated June 5, 2014, and the exhibits annexed thereto, Defendants' Statement Pursuant to Local Civil Rule 56.1 dated June 5, 2014, Defendants' Memorandum of Law in Support of Their Cross-Motion For Summary Judgment and in Opposition To Plaintiffs' Motion For a Preliminary Injunction, dated June 5, 2014, and upon the Amended Complaint and all prior papers and proceedings herein, the undersigned will move this Court before the Honorable Robert W. Sweet at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of City Defendants in this action, together with such other and further relief as the Court deems just, fair and equitable.

        **PLEASE TAKE FURTHER NOTICE**, that in accordance with the briefing schedule so-ordered by the Court on May 30, 2014, plaintiffs shall serve and file their opposition papers and any cross-motion for summary judgment by July 15, 2014, defendants shall serve and

file their opposition to any cross-motion made by plaintiffs and reply in further support of their cross-motion for summary judgment by August 8, 2014; and plaintiffs' reply, if any, shall be served and filed by August 28, 2014, at which time the motion shall be fully-submitted. The Court scheduled oral argument in the instant motions on September 17, 2014 at 12:00 p.m. Failure to oppose by the date set forth above will result in this cross-motion being granted as unopposed.

Dated: New York, New York
June 5, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street
New York, New York, 10007
(212) 356-2199
migoldbe@law.nyc.gov

By: _____
Michelle Goldberg-Cahn
Assistant Corporation Counsel

TO:

Brian T. Stapleton, Esq.
Goldberg Segalla LLP
Counsel for Plaintiffs
11 Martine Avenue, Suite 750
White Plains, NY 10606
(914) 798-5400