IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No.: 1:13-cv-2115-RWS |
| v. | ) |
| THE CITY OF NEW YORK, et al., | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the undersigned, CHRISTOPHER BOPST, appears as co-counsel for the plaintiffs, THE NEW YORK STATE RIFLE & PISTOL ASSOCIATION, ROMOLO COLANTONE, EFRAIN ALVAREZ, and JOSE ANTHONY IRIZARRY, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: July 15, 2014
      Buffalo, New York

                                        Respectfully Submitted,

                                        GOLDBERG SEGALLA, LLP

                                    By: /s/ Christopher Bopst
                                        Christopher Bopst, Esq. (CB3168)
                                        665 Main Street – Suite 400
                                        Buffalo, New York 14203
                                        cbopst@goldbergsegalla.com
                                        *Counsel For Plaintiffs*