IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:13-cv-2115-RWS |
| v. | ) ) | |
| THE CITY OF NEW YORK, et al., | ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on July 15, 2014, a copy of the foregoing NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND PRELIMINARY INJUNCTION AND IN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT; PLAINTIFF'S STATEMENT OF MATERIAL FACTS  PURSUANT TO LOCAL RULE 56.1(a); and PLAINTIFFS' LOCAL RULE 56.1(b) STATEMENT IN RESPONSE TO DEFENDANTS' RULE 56.1(a) STATEMENT; was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to the parties described below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
By Michelle Goldberg-Cahn, Esq. (MG 4490)
*Attorney for Defendants*
100 Church St., 5th Floor
New York, New York 10007
migoldbe@law.nyc.gov

                               By:     /s/     Christopher Bopst         
                                      Christopher Bopst, Esq. (CB3168)