

**GOLDBERG SEGALLA**<sup>LLP</sup>

Direct 716.844.3421 | cbopst@goldbergsegalla.com

**Christopher Bopst | Partner**

July 15, 2014



**By ECF Filing and Also by Fax To: 212-805-7925**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 18C
New York, NY 10007-1312

Re:  The New York State Rifle & Pistol Association,
     Inc., et al. v. The City of New York, et al.
     Case No.:    1:13-cv-02115-RWS
     GS File No.: 11350.0009

Your Honor:

As you are aware, this Firm represents all the Plaintiffs in the above-referenced action.

Currently, Plaintiffs' Response to Defendants' Cross-Motion for Summary Judgment, Plaintiffs' own Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion for Preliminary Injunction are all due on today.

Plaintiffs are addressing all motions in one Memorandum of Law. Given the number of motions that are being addressed in the Memorandum of Law, relief from the Court's 25 page limit for Memoranda is respectfully requested. Plaintiffs request an eight (8) page enlargement of the limit. Defendants have agreed to this relief.

Thank you very much for your consideration of this request.

Respectfully submitted,

/s/ Christopher Bopst

Christopher Bopst

CB*sf

*So ordered*
*[signature]*
*USDJ*

665 Main Street, Suite 400 | Buffalo, New York 14203-1425 | 716.566.5400 | Fax 716.566.5401 | www.GoldbergSegalla.com
NEW YORK | LONDON | PHILADELPHIA | PRINCETON | HARTFORD | BUFFALO | ROCHESTER | SYRACUSE | ALBANY | WHITE PLAINS | GARDEN CITY

7-15-14

The Hon. Robert W. Sweet
July 15, 2014
Page 2

---

c:      City of New York Office of Corp. Counsel
        Ms. Michelle Godlberg-Cahn, Esq.
        By e-mail to migoldbe@law.nyc.gov

        Brian T. Stapleton, Esq.
        By e-mail to bstapleton@goldbergsegalla.com


3008414.1