

ZACHARY W. CARTER, *Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHELLE GOLDBERG-CAHN
**Deputy Chief**
**Administrative Law Division**
Phone: (212) 356-2199
Fax: (212) 356-2019

August 6, 2014

**VIA ECF**
Honorable Judge Robert W. Sweet
United States District Court Judge
United States District Court Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>The New York State Rifle & Pistol Association, et al. v. The City of New York, et al.</u>, 13 Civ. 2115 (RWS) (S.D.N.Y.)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants, the City of New York and the New York City Police Department License Division, in the above-referenced action. I write to request a brief adjournment and adjustment, on consent, of the briefing schedule for defendants' opposition to plaintiffs' motion for a preliminary injunction and cross-motion for summary judgment, from the dates last set forth by order of the Court in May 2014.

Under the current schedule, defendants' opposition motion papers to plaintiffs' cross-motion for summary judgment and reply in further support of defendants' motion for summary judgment are due to be served and filed on Friday, August 8, 2014, and plaintiffs have until August 22, 2014 to submit any reply papers. Oral argument is scheduled for September 17, 2014. I have communicated with Christopher Bopst, Esq., counsel for plaintiffs, and he has consented to the following extension of the initial briefing schedule and adjustment of the other dates: defendants have until on or before August 15, 2014 to serve and file their opposition papers to plaintiffs' motion and reply in further support of defendants' motion; and plaintiffs will have until August 29, 2014 to submit any reply papers in further support of plaintiffs' cross-motion. The papers will thus be fully-submitted on August 29, 2014. Oral argument will remain

as scheduled on September 17, 2014 or whenever convenient thereafter for the Court. This is defendants' second request for an extension and adjustment on the briefing schedule as a whole, but first request to adjust the time for opposition papers; and plaintiffs have consented.

Respectfully submitted,

Michelle Goldberg-Cahn
Assistant Corporation Counsel

cc:    Christopher Bopst, Esq.; Brian T. Stapleton, Esq., Goldberg & Segalla, LLP – Counsel for Plaintiffs (via ECF)