

**GOLDBERG SEGALLA**<sup>LLP</sup>

Brian T. Stapleton | Partner
Direct 914.798.5470 | bstapleton@goldbergsegalla.com

September 10, 2014

**Via ECF & Fax**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Fax No.: 212-805-7925

    Re:    New York State Rifle and Pistol Association, Inc., et al. v. The City of New York, et al.
            Case No.: 1:13-cv-2115-RWS
            G.S. File No.: 11350.0009

Honorable Judge Sweet:

      As you are aware, this office represents the Plaintiffs in the above captioned matter. An Oral Argument on all motions for Summary Judgment is currently scheduled for September 17, 2014. On behalf of all plaintiffs and with consent of Michelle Goldberg-Cahn, Esq., we respectfully request an adjournment to October 7th, 8th or 9th.

      We than the court for the anticipated courtesies.

                      Respectfully,

                      GOLDBERG SEGALLA LLP

                      Brian T. Stapleton

BTS/ejb

cc: City of New York Office of Corp. Counsel
    Ms. Michelle Goldberg-Cahn, Esq.
    By e-mail to migoldbe@law.nyc.gov