**MANDATE**

United States Court of Appeals
FOR THE
SECOND CIRCUIT

1:13-cv-02115-RWS

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand twenty.

ROSEMARY S. POOLER,
GERARD E. LYNCH,
SUSAN L. CARNEY,
              *Circuit Judges.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 09 2020
```

New York State Rifle & Pistol Association, Inc., Romolo Colantone, Efrain Alvarez, and Jose Anthony Irizarry,

          *Plaintiffs-Appellants*,

v.                     No. 15-638-cv

The City of New York and The New York City Police Department - License Division,

          *Defendants-Appellees*.

In light of the Supreme Court's decision in *N.Y. State Rifle & Pistol Ass'n, Inc. v. City of New York*, 140 S. Ct. 1525 (2020), it is hereby ORDERED that the mandate is recalled and the case is reinstated. It is further ORDERED that this case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion. The mandate shall issue forthwith.

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/09/2020